UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:21-cv-07298-PA (MAA)**                             Date:  **February 1, 2022**

Title      **Tony Moreno v. L. Vaca et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

|                Narissa Estrada                |                     N/A                     |
| :-------------------------------------------: | :-----------------------------------------: |
|                 Deputy Clerk                  |          Court Reporter / Recorder          |

|   Attorneys Present for Plaintiff:   |   Attorneys Present for Defendants:   |
| :----------------------------------: | :-----------------------------------: |
|                 N/A                  |                  N/A                  |

**Proceedings (In Chambers):**          **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On December 2, 2021, the Court issued an Order Dismissing Complaint With Leave to Amend ("Order").  (Order, ECF No. 12.)  The Court ordered Plaintiff Tony Moreno ("Plaintiff") to, no later than January 3, 2022, either file a First Amended Complaint ("FAC"), proceed with the Complaint, or voluntarily dismiss the action.  (*Id*. at 9–11.)  The Court explicitly cautioned Plaintiff that "**failure to respond to this Order may result in dismissal of the lawsuit without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). See C.D. Cal. L.R. 41-1**."  (*Id*. at 11.)

To date, Plaintiff has not responded to the Order.  Plaintiff is **ORDERED TO SHOW CAUSE** by **March 3, 2022** why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a FAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment
Notice of Dismissal