JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MORENO, | Case No. 2:21-cv-07298-PA (MAA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| L. VACA et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: April 11, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE